B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jackson, Christina L. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Brock, Christina L. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6541 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>300 Harwood Street<br>Joliet, Illinois                   ZIP CODE 60432 | Street Address of Joint Debtor (No. and Street, City, and State):                   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter.*)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Jackson, Christina |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _Du M K_____  _12/13/11_
Signature of Attorney for Debtor(s)     (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                                     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Jackson, Christina |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Christina L. Jacskon_
Signature of Debtor    Christina L. Jacskon

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_12/12/2011_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _Bruce M. Konzelman_
Signature of Attorney for Debtor(s)
Bruce M. Konzelman
Printed Name of Attorney for Debtor(s)
Bonds, Zumstein & Konzelman, P.C.
Firm Name
60 N. Chicago Street
Joliet, IL 60432
Address
815-726-7331
Telephone Number
_12/13/11_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### __Northern__ District Of __Illinois__

In re _____Jackson, Christina L._____,           Case No. _____
              Debtor
                                                    Chapter _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | $0.00 | | |
| B - Personal Property | Yes | 3 | $ 13,217.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 17,363.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 323.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $ 256,939.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ |
| TOTAL | | 39 | $ 13,217.00 | $ 274,625.43 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re ___<u>Jackson, Christina L.</u>___ ,

      Debtor

Case No. _____

Chapter ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $323.05 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $7,730.32 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $8,053.37 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $3,242.00 |
| Average Expenses (from Schedule J, Line 18) | $3,908.19 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $4,717.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $8,213.13 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $323.05 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $256,939.25 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $265,152.38 |

B6A (Official Form 6A) (12/07)

In re _____Jackson, Christina L._____,            Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total► 

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _____ Jackson, Christina L. _____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 300 Harwood Street, Joliet, IL 60432 | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TCF Bank, Joliet, IL Checking Acct.#2876748099 | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 300 Harwood Street, Joliet, L 60432 Household goods, general furnishings, computer, | | 500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 300 Harwood Street, Joliet, IL Books, CDS | | 100.00 |
| 6. Wearing apparel. | | 300 Harwood St., Joliet, IL - Everyday clothing | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 9MM Handgun | | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re Jackson, Christina L. _____ ,    Case No. _____
Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____Jackson, Christina L._____,          Case No. _____
                 **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | 2 | 2005 Chrysler 300 Sedan 4 Door 100,000 miles | | 9,150.00 |
| 26. Boats, motors, and accessories. | X | 2000 Oldsmobile Alero, inoperable | | 0.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | 35.    Possible income tax refund for tax year 2011 | | 2,500.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | | 35.    Withholding from paycheck per garnishment | | 317.00 |

_____0_____ continuation sheets attached      Total▶     | $ |     13,217.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _____ Jackson, Christina L. _____ ,   Case No. _____
              **Debtor**                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| TCF Bank, Joliet, IL Checking Acct# 2876748099 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Household goods, general furnishings, computer | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Books, Cd's | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Wearing apparel | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| Firearm | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| 2005 Chrysler 300 4 Door Sedan | 735 ILCS 5/12-1001(c) | 2,350.00 | 9,150.00 |
| 2000 Oldsmobile Alero | 735 ILCS 5/12-1001(c) | 50.00 | 0.00 |
| Garnishment from paycheck | 735 ILCS 5/12-1001(b) | 317.00 | 317.00 |
| Possible Income Tax Refund for 2011 tax year | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| Support payment for minor son, Brandon | 735 ILCS 5/12-1001(g) | 600.00 | 600.00 |

B6D (Official Form 6D) (12/07)

In re _____Jackson, Christina L._____,   Case No. _____
          **Debtor**                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.6568950<br><br>Santander Consumer USA<br>P.O. Box 961245<br>Forth Worth, TX 76161-1245 | | | December, 2007<br>Car lien on 2005 Chrysler 300, 4 Door<br><br>VALUE $9,150.00 | | X | | 14,356.11 | 5,206.11 |
| ACCOUNT NO.229462-01<br><br>Personal Finance Co,<br>1020 W. Jefferson Street<br>Joliet, IL 60435 | | | December, 2006<br>Lien on Oldsmobile Alero<br><br>VALUE $0.00 | | X | | 3,007.02 | 3,007.02 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

_0_ continuation sheets
     attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $ 17,363.13 | $ 8,213.13 |
| $ 17,363.13 | $ 8,213.13 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re _____Jackson, Christina L._____,          Case No._____
                    **Debtor**                                                 (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____Jackson, Christina L._____ ,    Case No._____
Debtor                                              (if known)


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_1_ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re  Jackson, Christina L. _____,    Case No. _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.   X81-6865 <br><br> Illinois Tollway <br> 2700 Ogden Avenue <br> Downers Grove, IL 60515 | | | 2010-2011 Illinois tollway fines | | X | X | 213.05 | 213.05 | 0.00 |
| Account No.   7000266677, 8 <br><br> City of Joliet <br> 150 W. Jefferson Street <br> Joliet, IL 60432 | | | 2008 Parking tickets | | X | | 110.00 | 110.00 | 0.00 |
| Account No. <br><br><br> | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $323.05 | $323.05 | |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 323.05 | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $323.05 | $323.05 |

B6F (Official Form 6F) (12/07)

In re _____Jackson, Christina L._____,    Case No. _____
                        **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8798201520138176 Comcast Cable P.O. Box 3002 Southeastern, PA 19398-3002 | | | 2010 Cable/Internet Service | | X | | $261.59 |
| ACCOUNT NO. 53-83-76-91152 Nicor Gas P.O. Box 0632 Aurora, IL 60507-0632 | | | 2010 Utilities / Gas | | X | | $742.65 |
| ACCOUNT NO. 9515037054 ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | 2010 Utilities / Electric | | X | | $337.08 |
| ACCOUNT NO. 004492-17462 Millers First Insurance Company C/O Herbolsheimer, Lannon State Bank Building, Suite 400 La Salle, IL 61301 | | | 2001 Accident / Insurance Company Installment Agreement | | X | | $8,852.33 |

Subtotal▶ $ 10,193.65

_26_ continuation sheets attached

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____Jackson, Christina L._____,          Case No. _____
Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   X81-6865<br><br>Illinois Tollway<br>2700 Odgen Avenue<br>Downers Grove, IL 60515 | | | 2010 - 2011<br>Illinois tollway fines<br>Notice only | | X | | 0.00 |
| ACCOUNT NO.   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<br><br>Illinois Department of Employment Security<br>P.O. Box 19286<br>Springfield, IL 62794-9286 | | | 2002<br>Benefits overpayment | | | X | 2,586.00 |
| ACCOUNT NO. K1945168941-KIDE<br><br>All Kids and Familycare<br>P.O. Box 19121<br>Springfield, IL 62794-9121 | | | 2010<br>Insurance Premiums | | X | | 80.00 |
| ACCOUNT NO.   T000266677, 8<br><br>City of Joliet<br>Acct T000266677, 8<br>150 W. Jefferson Street<br>Joliet, IL 60432 | | | 2008<br>Parking Tickets<br>Notice only | | X | | 0.00 |
| ACCOUNT NO.4869557461006471<br><br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | | | 2007 - 2008<br>Credit Card<br>Household, bills, various items | | X | | 515.71 |

Sheet no. 1 of 26 continuation sheets attached          Subtotal▶ | $3,181.71
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,          Case No. _____
                        **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178007350453122  First Premier Bank  P.O. Box 5147  Sioux Falls, SD 57117-5147 | | | 2007 - 2008  Credit Card  Household, bills, various items | | X | | 528.09 |
| ACCOUNT NO. 4227093028413619  Applied Bank  P.O. Box 17120  Wilmington, DE 19886-7120 | | | 2008-2009  Credit Card  Household, bills, various items | | X | | 2,014.77 |
| ACCOUNT NO. 5489-5551-1323-0132  HSBC Card Services  P.O. Box 17051  Baltimore, MD 21297-1051 | | | 2007-2008  Credit Card  Household, bills, various items | | X | | 712.58 |
| ACCOUNT NO. 5440-4550-0369-1212  HSBC Card Services  P.O. Box 17051  Baltimore, MD 21297-1051 | | | 2007-2008  Credit Card  Household, bills, various items | | X | | 675.95 |
| ACCOUNT NO. 5803582662801097  Capital One F.S.B  P.O. Box 105087  Atlanta, GA 30348-5087 | | | 2006-2008  Credit Card  Various items | | X | | 1,898.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5,829.39

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____Jackson, Christina L._____,     Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  43-805-639-122-0 <br><br> Macy's Department Stores National Bank <br> P.O. Box 689195 <br> Des Moines, IA 50368-9195 | | | 2007-2008 <br> Department Store Credit Card <br> Clothing, various items | | X | | 498.52 |
| ACCOUNT NO. 4447962123410882 <br><br> Credit One Bank <br> P.O. Box 98873 <br> Las Vegas, NV 89193-8873 | | | 2007-2009 <br> Credit Card <br> Various items | | X | | 825.00 |
| ACCOUNT NO. 5803582662801097 <br><br> Capital One Bank USA, N.A. <br> 2730 Liberty Avenue <br> Pittsburgh, PA 15222-4704 | | | 2006 -2008 <br> Credit Card <br> Household, bills, various items | | X | | 1,898.00 |
| ACCOUNT NO. 5178-0524-5484-6631 <br><br> Capital One Bank USA, N.A, <br> P.O. Box 71083 <br> Charlotte, NC 28272-1083 | | | 2007-2009 <br> Credit Card <br> Household, various items | | X | | 2,119.46 |
| ACCOUNT NO.    39486966 <br><br> Allied Anes Assoc PC <br> P.O. Box 1123 <br> Jackson, MI 49204 | | | Jan. 2011 <br> Medical Bill | | X | | 1,035.00 |

Sheet no. _3_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 6,375.98

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont

In re _____Jackson, Christina L._____,    Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    33322331  <br><br>Allied Anes Assoc PC <br>185 Penny Avenue <br>East Dundee, IL 60118-1454 | | | 10/29/2008 <br>Medical bill | | X | | 1,300.00 |
| ACCOUNT NO.    JACCH001  <br><br>Peter Analytis/Joliet Headache <br>801 North Larkin Avenue <br>Suite 103 <br>Joliet, IL 60435 | | | Jan. 2011 <br>Medical bill | | X | | 2,770.00 |
| ACCOUNT NO.    F026206185  <br><br>Associated Radiologist of Joliet <br>39069 Treasury Center <br>Chicago, IL 60694-9000 | | | July, 2009 <br>Medical bill | | X | | 41.00 |
| ACCOUNT NO.    40018  <br><br>Associated Radiologist of Joliet <br>39069 Treasury Center <br>Chicago, IL 60694-9000 | | | 2009 <br>Medical bill | | X | | 1,309.00 |
| ACCOUNT NO.    202342  <br><br>Associate Pathologists of Joliet, Ltd. <br>P.O. Box 1509 <br>Elgin, IL 60121-1509 | | | 2011 <br>Medical bill | | X | | 884.00 |

Sheet no. _4_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 6,304.00

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____Jackson, Christina L._____,     Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  36 G 1135817<br><br>Children's Memorial Medical Group<br>75 Remittance Drive, Suite 1312<br>Chicago, IL 60675-1312 | | | 2008<br>Medical bill for son | | X | | 4,201.00 |
| ACCOUNT NO.  1101-0312S<br><br>City of Joliet<br>P.O. Box 457<br>Wheeling, IL 60090-0457 | | | 2011<br>Ambulance bill | | X | | 503.21 |
| ACCOUNT NO. 025000 Guillermo Mendez III<br><br>Dermatology & Plastic Surgery Associates<br>1051 Essington Road, Suite 280<br>Joliet, IL 60431 | | | 2007<br>Medical for son | | X | | 1,361.00 |
| ACCOUNT NO.  00134552<br><br>EM Strategies Ltd.<br>P.O. Box 366<br>Hinsdale, IL 60522 | | | 2009<br>Medical bill | | X | | 424.00 |
| ACCOUNT NO.  1940300<br><br>Mark J. Fritz<br>212 N. Larkin Avenue<br>Joliet, IL 60435 | | | 2003<br>Eye doctor bill | | X | | 95.00 |

Sheet no._5_ of _26_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 6,584.21

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re ___Jackson, Christina L.___, Case No. _____
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 120962 <br> Heartland Cardiovascular Center, LLC <br> 1300 Copperfield Road, Suite 3030 <br> Joliet, IL 60432 | | | 2011 <br> Medical bill | | X | | 1,658.81 |
| ACCOUNT NO. 780 <br> Zafer Jawich MD <br> P.O. Box 215 <br> Tinley Park, IL 60477 | | | 2003 <br> Medical bill | | X | | 117.00 |
| ACCOUNT NO. 114-13751600 <br> Medical Services RIC <br> Department 4569 <br> Carol Stream, IL 60122-4569 | | | 2011 Medical bill | | X | | 546.00 |
| ACCOUNT NO. 39721 Mendez <br> Orthopedic Assoc Kankakee <br> 6370 Reliable Parkway <br> Chicago, IL 60686 | | | 2007 <br> Medical bill for son | | X | | 175.00 |
| ACCOUNT NO. 228251604.1 Turley <br> Pathology Laboratory Consultants, S.C. <br> 6965 Reliable Parkway <br> Chicago, IL 60686-0001 | | | 2008 <br> Medical bill for son | | X | | 380.00 |

Sheet no. _6_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2,876.81

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,    Case No. _____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    22824961.1<br><br>Pathology Laboratory Consultants, S.C.<br>6965 Reliable Parkway<br>Chicago, IL 60686-0001 | | | 2008<br>Medical bill | | X | | 73.75 |
| ACCOUNT NO. LOMB-PLCSM0146486<br><br>Pathology and Laboratory Consultants, S.C.<br>Acct LOMB-PLCSM0146486<br>520 E. 22nd Street | | | 2011<br>Medical bill | | X | | 1641.75 |
| ACCOUNT NO.    422401<br><br>Prairie Rheaumatology Associates<br>10660 West 143rd Street<br>Suite B<br>Orland Park, IL 60462 | | | 2011<br>Medical bill | | X | | 350.00 |
| ACCOUNT NO.  DC0027496918<br><br>Provena St Joseph Medical Center<br>333 N. Madison Street<br>Joliet, IL 60435-6595 | | | 2011 Medical bill | | X | | 59,923.46 |
| ACCOUNT NO.  DC0027481533<br><br>Provena St Joseph Medical Center<br>333 N. Madison Street<br>Joliet, IL 60435-6595 | | | 2011<br>Medical bill | | X | | 40,962.10 |

Sheet no. _7_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 102,951.06

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F)(12/07) - Cont.

In re _____Jackson, Christina L._____,          Case No. _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DC027517287<br><br>Provena St Joseph Medical Center<br>333 N. Madison Street<br>Joliet, IL 60435-6595 | | | 2011<br>Medical bill | | X | | 158.55 |
| ACCOUNT NO.  DC0027481533<br><br>Provena St Joseph Medical Center<br>P.O. Box 88097<br>Chicago, IL 60680-1097 | | | 2011<br>Medical bill | | X | | 32,769.68 |
| ACCOUNT NO.  Various<br><br>Provena St Joseph Medical Center<br>333 N. Madison Street<br>Joliet, IL 60435-6595 | | | 2011<br>Medical bills | | X | | 100.00 |
| ACCOUNT NO.  56115<br><br>Yatin Shah, MD S.C.<br>2025 S. Chicago Street<br>Joliet, IL 60436 | | | 2011<br>Medical bill | | X | | 1,035.00 |
| ACCOUNT NO.  AE 29466<br><br>Southwest Cardio Consultants Interp<br>2801 Black, Suite 102<br>Joliet, IL 60435-2702 | | | 2011<br>Medical bill | | X | | 25.00 |

Sheet no. _8_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ 34,088.23

Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ Jackson, Christina L. _____,  Case No. _____
Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00140948<br><br>Southwest Infectious Disease<br>1301 Copperfield Avenue<br>Suite 103<br>Joliet, IL 60432 | | | 2011<br>Medical bill | | X | | 1,245.00 |
| ACCOUNT NO.  CJ37383<br><br>Silver Lining Surgeons, S.C.<br>20098 Brendan Street<br>Frankfort, IL 60423-9069 | | | 2011<br>Medical bill | | X | | 2,950.00 |
| ACCOUNT NO.  F024680076<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2008<br>Medical bill for son | | X | | 7,013.49 |
| ACCOUNT NO.  F024679482<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2008<br>Medical bill | | X | | 5,074.67 |
| ACCOUNT NO.  F026206185<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2009<br>Medical bill | | X | | 519.63 |

Sheet no. _9_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 16,802.79

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re _____Jackson, Christina L._____,    Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    F025743071<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2009<br>Medical bill | | X | | 294.90 |
| ACCOUNT NO.    F029437654<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2011<br>Medical bill | | X | | 33,241.10 |
| ACCOUNT NO.    F029563715<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2011<br>Medical bill | | X | | 9,062.46 |
| ACCOUNT NO.    F030581169<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2009<br>Medical bill for son | | X | | 85.45 |
| ACCOUNT NO.    F029971728<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2011<br>Medical bill | | X | | 1,029.03 |

Sheet no. 10 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 43,712.94

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,     Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | | | 2007-2011<br>Medical | | X | | 500.00 |
| ACCOUNT NO. 05065-4079<br><br>Columbia House<br>Guillermo Mendez<br>P.O. Box 91601<br>Rantoul, IL 61866-8601 | | | 2010-2010<br>Membership fees | | X | | 80.49 |
| ACCOUNT NO. Mendez, Guillermo<br><br>Will County Community Health Center<br>501 Ella Avenue<br>Joliet, IL 60433 | | | 2010-2011<br>Medical bill for son | | X | | 178.00 |
| ACCOUNT NO. Jackson, Christina<br><br>Will County Community Health Center<br>501 Ella Avenue<br>Joliet, IL 60433 | | | 2007-2011<br>Medical bills | | X | | 100.00 |
| ACCOUNT NO. 7334993324 Mendez, G<br><br>Quest Diagnostics<br>P.O. Box 809403<br>Chicago, IL 60680-9403 | | | 2010-2011<br>Medical bill for son | | X | | 70.61 |

Sheet no. _1_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 929.10

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,  Case No. _____
     **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7334993276 Mendez, G<br><br>Quest Diagnostics<br>P.O. Box 809403<br>Chicago, IL 60680-9403 | | | 2010-2011<br>Medical bill for son | | X | | 98.08 |
| ACCOUNT NO.  348560<br><br>Dental Works<br>3340 Loop Drive<br>Joliet, IL 60431 | X | | 2008<br>Dental bill | | X | | 229.33 |
| ACCOUNT NO.  031222<br><br>Parkview Orthopedic Group SC<br>7600 West College Drive<br>Palos Heights, IL 60463-1001 | X | | 2004<br>Medical bill for son | | X | | 33.66 |
| ACCOUNT NO.  F022688253<br><br>Associated Radiologists of Joliet<br>39069 Treasury Center<br>Chicago, IL 60694-9000 | X | | 2007-2008<br>Medical bills | | X | | 258.00 |
| ACCOUNT NO.  34590<br><br>Dr. Jay Bergamini<br>Guillermo Mendez<br>405 South Main<br>Naperville, IL 60540 | X | | 2007<br>Medical for son | | X | | 100.00 |

Sheet no. _1_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 719.07

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____ Jackson, Christina L. _____,   Case No. _____
                        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   59615 <br> Family Practice Consultants LT <br> 2121 Oneida <br> Joliet, IL 60435-6550 | X | | 2004 <br> Medical bill | | X | | 220.10 |
| ACCOUNT NO.   60-8814110 <br> Joliet Radiological Service Corp <br> 36910 Treasury Center <br> Chicago, IL 60694-6900 | X | | 2007 <br> Medical bill | | X | | 35.00 |
| ACCOUNT NO. 03662 C. Jackson <br> Leesa Ann Sasic Mitsos, DDS <br> 1804 E. Lincoln Highway <br> New Lenox, IL 60451 | X | | 2008 <br> Dental bill | | X | | 371.00 |
| ACCOUNT NO.   DC0025816558 <br> Provena Saint Joseph Medical Center <br> 333 North Madison Street <br> Joliet, IL 60435-6595 | X | | 2004 <br> Medical bill for son | | X | | 15.38 |
| ACCOUNT NO.   F015395312 <br> Silver Cross Hospital <br> 1200 Maple Road <br> Joliet, IL 60432 | X | | 2004 <br> Medical bill | | X | | 115.58 |

Sheet no. 13 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 757.06

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,   Case No. _____
                  **Debtor**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   F019129998<br><br>Silver Cross Hospital<br>P.O. Box 100<br>Joliet, IL 60434 | X | | 2006<br>Medical bill | | X | | 273.25 |
| ACCOUNT NO.   F015449671<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | X | | 2003<br>Medical bill | | X | | 195.30 |
| ACCOUNT NO.   F024457681<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | X | | 2008<br>Medical bill | | X | | 891.12 |
| ACCOUNT NO.   F024265340<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | X | | 2008<br>Medical bill | | X | | 120.64 |
| ACCOUNT NO.   F023472848<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 | X | | 2008<br>Medical bill | | X | | 2,063.48 |

Sheet no. _1_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3,543.79

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,    Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  F017443508 <br><br> Silver Cross Hospital <br> P.O. Box 100 <br> Joliet, IL 60434-0100 | X | | 2005 <br> Medical bill | | X | | 94.33 |
| ACCOUNT NO.  F015271125 <br><br> Silver Cross Hospital <br> 1200 Maple Road <br> Joliet, IL 60432 | X | | 2004 <br> Medical bill | | X | | 62.48 |
| ACCOUNT NO.  F016435661 <br><br> Silver Cross Hospital <br> Payment Processing Center <br> P.O. Box 100 <br> Joliet, IL 60434-0100 | X | | 2004 <br> Medical bill | | X | | 20.77 |
| ACCOUNT NO.  F018282723 <br><br> Silver Cross Hospital <br> Payment Processing Center <br> P.O. Box 100 <br> Joliet, IL 60434-0100 | X | | 2005 Medical bill | | X | | 30.91 |
| ACCOUNT NO.  F015735384 <br><br> Silver Cross Hospital <br> 1200 Maple Road <br> Joliet, IL 60432 | X | | 2004 <br> Medical bill | | X | | 462.30 |

Sheet no. _15_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 607.79

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re _____Jackson, Christina_____,          Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. F023375348 <br><br> Silver Cross Hospital <br> P.O. Box 100 <br> Joliet, IL 60432 | X | | 2008 <br> Medical bill | | X | | 557.92 |
| ACCOUNT NO. F023472848 <br><br> Silver Cross Hospital <br> Payment Processing Center <br> P.O. Box 100 <br> Joliet, IL 60434 | X | | 2008 <br> Medical bill | | X | | 153.41 |
| ACCOUNT NO. 19129998 <br><br> Southwest Cardiovascular Consultants <br> 39055 Treasury Center <br> Box 39055 <br> Chicago, IL 60694 | X | | 2006 <br> Medical bill | | X | | 33.00 |
| ACCOUNT NO. F459179041 <br><br> US Department of Education <br> Direct Loan Servicing Center <br> P.O. Box 5202 <br> Greenville, TX 74503-5202 | | | 1993-1995 <br> Student Loans | | X | | 7,730.32 |
| ACCOUNT NO. 229462-01 <br><br> Personal Finance Company <br> 1020 W. Jefferson <br> Joliet, IL 60435 | | | 2006-2011 <br> Personal loan for vehicle, dental bills, various bills | | X | | 3,007.02 |

Sheet no. 16 of 26 continuation sheets attached          Subtotal► | $ 11,481.67
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                          Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,        Case No. _____
                    **Debtor**                                         **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6471 <br><br> First Premier Bank <br> C/O Genesis Financial Solutions <br> P.O. Box 4865 <br> Beaverton, OR 97076-4865 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 4869557461006471 <br><br> First Premier Bank <br> C/O CCB Credit Services, Inc. <br> P.O. Box 272 <br> Springfield, IL 62705-0272 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 51780073504533122 <br><br> Premier Bankcard, LLC <br> C/O Academy Collection Service, Inc. <br> 10965 Decatur Road <br> Philadelphia, PA 19154 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 5178007350453122 <br><br> First Premier Bank <br> C/O Source Receivables Management <br> P.O. Box 4068 <br> Greensboro, NC 27404-4068 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 4227093028413619 <br><br> Applied Card Systems <br> C/O Denovus Corporation, Ltd. <br> 480 Johnson Road, Suite 110 <br> Washington, PA 15301-8936 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _1_ of _26_ continuation sheets attached              Subtotal▶ | $ 0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,        Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0132<br>HSBC Bank<br>C/O Malcolm S. Gerald and Associates<br>332 South Michigan Avenue, Suite 600<br>Chicago, IL 60604 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 5489555113230132<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   1212<br>MCS Orchard Bank<br>C/O Financial Recovery Services, Inc.<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   0882<br>Credit One Bank<br>C/O Leading Edge Recovery Solutions<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1490 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   43805639122<br>Department Stores National Bank<br>C/O FMS Inc<br>P.O. Box 707601<br>Tulsa, OK 74170-7601 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. 18 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____ ,        Case No. _____
                    **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     6631<br>Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    1060909391<br>HSBC Bank<br>Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.     2528<br>North Star Capital Acquisition, LLC<br>Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    Jackson, C<br>Capital One Bank<br>C/O Freedman Anselmo Lindberg<br>1807 W. Diehl Road, Suite 333<br>Naperville, IL 60566-7228 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.    1060909391<br>Carsons C/O Arrow Financial Services<br>21031 Network Place<br>Chicago, IL 60678-1031 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _19_ of _26_ continuation sheets attached                         Subtotal▶ | $ 0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                              Total▶ | $
              (Use only on last page of the completed Schedule F.)
        (Report also on Summary of Schedules and, if applicable on the Statistical
              Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00245535195 <br><br> First Premier Bank <br> P.O. Box 701 <br> Chesterfield, MO 63006-0701 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 6407908 <br><br> Capital One Services, Inc. <br> P.O. Box <br> Atlanta, GA 30348-5182 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 38003786 <br><br> Arrow Financial Services LLC <br> C/O E R Solutions, Inc. <br> P.O. Box 9004 <br> Renton, WA 98057-9004 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 9515037054 <br><br> ComEd <br> C/O CBCS <br> P.O. Box 163250 <br> Columbus, OH 43216-3250 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 44105700 <br><br> MSRIC Rehab Inst of Chicago <br> C/O Harris & Harris, Ltd. <br> 222 Merchandise Mart Plaza, Suite 1900 <br> Chicago, IL 60654 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _20_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,          Case No. _____
           **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. H31706-F03275 Various<br><br>Southwest Cardiovascular Consultants<br>C/O Creditors Discount & Audit Co.<br>415 E. Main Street<br>Streator, IL 61364-0213 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  020342.0<br><br>Assoc. Pathologists of Joliet<br>C/O Creditors Discount & Audit Co.<br>415 E. Main Street<br>Streator, IL 61364-0213 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  H35833-F03275<br><br>Heartland Cardiovascular Center<br>C/O Creditors Discount & Audit Co.<br>415 E. Main Street<br>Streator, IL 61364-0213 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  H32095-C46223<br><br>Joliet Fire Department<br>C/O Creditors Discount & Audit Co.<br>415 E. Main Street<br>Streator, IL 61364-0213 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.5440455003691212<br><br>Resurgent Capital Services<br>C/O Malcolm S. Gerald and Associates<br>332 South Michigan Avenue, Suite 600<br>Chicago, IL 60604 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _21_ of _26_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 0.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,        Case No. _____
            **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   J000114800<br><br>Allied Anesthesia Assoc.<br>C/O Medical Business Bureau, LLC<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   Various<br><br>Silver Cross Hospital<br>C/O Medical Recovery Specialists, Inc.<br>2250 Devon Avenue, Suite 352<br>Des Plaines, IL 60018-4519 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   Various<br><br>Creditors Collection Bureau, Inc.<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   Various<br><br>Children Memorial Medical Group<br>C/O Van Ru Credit Corporation<br>1350 E. Touhy Avenue, Suite 100E<br>Des Plaines, IL 60018-3307 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   523942<br><br>Rush University Medical Group<br>C/O Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. 22 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 0.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____,   Case No. _____
                        **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   J000092557<br><br>EM Strategies<br>C/O Medical Business Bureau, LLC<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.<br><br>Associated Radiologists of Joliet<br>C/O Creditors Collection<br>151 N. Schuyler Avenue<br>Kankakee, IL 60901 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   323998-256560<br><br>Orthopedic Associates of Kankakee<br>C/O Midstate Collection Solutions, Inc.<br>P.O. Box 3292<br>Champaign, IL 61826-3292 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.3886469015888167<br><br>Silver Cross Hospital<br>C/O OSI Collection Services<br>P.O. Box 959<br>Brookfield, WI 53008-0959 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   44261WHRA<br><br>Women's Health Consultants<br>C/O JT Medical Billing Ltd.<br>36007 Eagle Way<br>Chicago, IL 60678-1360 | | | NOTICE ONLY | | | | 0.00 |

Sheet no._23_of_26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Jackson, Christina L. _____ ,          Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  G050407-12-279 <br><br> Dr. Jay Bergamini <br> C/O Mages & Price <br> 707 Lake Cook Road, Suite 314 <br> Deerfield, IL 60015 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. Various Christina Jackson <br><br> Creditors Discount & Audit Co. <br> 415 E. Main Street <br> P.O. Box 213 <br> Streator, IL 61364-0213 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 22321734-504-5047 <br><br> Fisher Mangold of Joliet <br> P.O. Box 850001 <br> Orlando, FL 32885-1006 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 13040467-504-507 <br><br> Fisher Mangold of Joliet <br> P.O. Box 850001 <br> Orlando, FL 32885-1006 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.  CD0026553714 <br><br> Provena St. Joseph Medical Center <br> C/O Pellettieri & Associates, Ltd. <br> P.O. Box 536 <br> Linden, MI 48451-0536 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _24f_ _26_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► **$ 0.00**

Total► **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jackson, Christina L._____ ,        Case No. _____
              **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   DC0025214800<br><br>Medical Recovery Specialists, Inc.<br>2200 East Devon Avenue, Suite 288<br>Des Plaines, IL 60018 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   6031452630<br><br>Joliet Radiological Service Co<br>C/O Illinois Collection Service Inc<br>P.O. Box 1010<br>Tinley Park, IL 60477-9110 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 13040467-23-19901<br><br>Prairie Emergency Services<br>P.O. Box 635225<br>Cincinnati, OH 45263-0043 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   Mendez, G<br><br>Sears Dental<br>3340 Mall Loop Drive<br>Joliet, IL 60431 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.   Jackson, C<br><br>Advanced Family Dental<br>2241 Theodore Street<br>Crest Hill, IL 60403 | | | NOTICE ONLY | | | | 0.00 |

Sheet no. _25_ of _26_ continuation sheets attached          Subtotal▶   $ 0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                            Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ Jackson, Christina L. _____ ,          Case No. _____
                        **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00140948<br><br>Southwest Infectious Disease<br>C/O Attorney Michael R. Naughton<br>PO. Box 10<br>Manhattan, IL 60442 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 0.00

Total▶ | $ 256,939.25
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re _____Jackson, Christina L._____ ,          Case No._____
                    **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| James V. Smith, Landlord<br>305 N. Ottawa Street<br>Joliet, IL 60432 | Residential Lease / Month to month<br>300 Harwood Street, Joliet, IL 60432 |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re _____ Jackson, Christina L. _____ ,          Case No. _____
                         **Debtor**                                                           **(if known)**

## SCHEDULE H - CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dwight A. Jackson, Jr.<br>8106 S. Ada<br>Chicago, IL 60620 | Dental Works<br>3340 Loop Drive<br>Joliet, IL 60431<br><br>Parkview Orthopedic Group SC<br>7600 West College Drive<br>Palos Heights, IL 60463-1001<br><br>Associated Radiologists of Joliet<br>39069 Treasury Center<br>Chicago, IL 60694-9000<br><br>Dr. Jay Bergamini<br>405 South Main<br>Naperville, IL 60540<br><br>Family Practice Consultants LT<br>2121 Oneida<br>Joliet, IL 60435-6550<br><br>Joliet Radiological Service Corp<br>36910 Treasury Center<br>Chicago, IL 60694-6900<br><br>Leesa Ann Sasic Mitsos, DDS<br>1804 E. Lincoln Highway<br>New Lenox, IL 60451<br><br>Provena Saint Joseph Medical Center<br>333 North Madison Street<br>Joliet, IL 60435-6595<br><br>Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432 |

B6I (Official Form 6I) (12/07)

In re _____Jackson, Christina L._____ ,        Case No. _____
              **Debtor**        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: Divorce | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Sons | AGE(S): 19 & 3 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Legal Secretary | |
| Name of Employer | Bonds, Zumstein & Konzelman, P.C. | |
| How long employed | 8 years | |
| Address of Employer | 60 N. Chicago Street Joliet, IL 60432 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $4249.00 | $_____ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $_____ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $4249.00 | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $977.00 | $_____ |
|    b. Insurance | $0.00 | $_____ |
|    c. Union dues | $0.00 | $_____ |
|    d. Other (Specify): _____ Wage Garnishment _____ | $630.00 | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $1607.00 | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $2642.00 | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $0.00 | $_____ |
| 8. Income from real property | $0.00 | $_____ |
| 9. Interest and dividends | $0.00 | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $600.00 | $_____ |
| 11. Social security or government assistance (Specify):_____ | $0.00 | $_____ |
| 12. Pension or retirement income | $0.00 | $_____ |
| 13. Other monthly income (Specify):_____ | $0.00 | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $600.00 | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $3242.00 | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3242.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   Stop Wage Garnishment.

B6J (Official Form 6J) (12/07)

In re ____Jackson, Christina L._____,        Case No. _____
             **Debtor**                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $820.00 |
| a. Are real estate taxes included?        Yes ✓    No _____ | |
| b. Is property insurance included?        Yes ✓    No _____ | |
| 2. Utilities:   a. Electricity and heating fuel | $175.00 |
| b. Water and sewer | $ 40.00 |
| c. Telephone | $190.00 |
| d. Other  Cable/Internet | $180.00 |
| 3. Home maintenance (repairs and upkeep) | $  0.00 |
| 4. Food | $500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $  0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $  0.00 |
| b. Life | $ 40.00 |
| c. Health | $  0.00 |
| d. Auto | $105.00 |
| e. Other | $  0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $  0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $566.19 |
| b. Other _____ Personal Finance Company _____ | $121.00 |
| c. Other _____ | $  0.00 |
| 14. Alimony, maintenance, and support paid to others | $  0.00 |
| 15. Payments for support of additional dependents not living at your home | $  0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $  0.00 |
| 17. Other   Household ($50.00), Student Loans ($115.00) and Daycare/Babysitter ($586.00) | $751.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,908.19 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $3,242.00 |
| b. Average monthly expenses from Line 18 above | $3,908.19 |
| c. Monthly net income (a. minus b.) | $(666.19) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____Jackson, Christina L._____ ,          Case No. _____
                        Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  40  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                              Christina L.   Debtor   Jackson

Date _____          Signature: _____
                                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                     (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
Signature of Bankruptcy Petition Preparer            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

          Signature: _____

                          _____
                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re ___Jackson, Christina L.___ ,                            Case No. _____
              Debtor                                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>    Santander Consumer USA | **Describe Property Securing Debt:**<br>2005 Chrysler 300 |

Property will be *(check one)*:
    ❏ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ☑ Reaffirm the debt
    ❏ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ❏ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br><br>    Personal Finance Company | **Describe Property Securing Debt:**<br>2000 Oldsmobile Alero |

Property will be *(check one)*:
    ☑ Surrendered           ❏ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ❏ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt        ❏ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _12-12-11_

_____
Signature of Debtor

_____
Signature of Joint Debtor